UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEPHANIE NORMAN**,

        **Plaintiff,**

vs.                                     Case No.: 8:19-cv-2430-T-02CPT

**H. LEE MOFFITT CANCER CENTER
AND RESEARCH INSTITUTE, INC.**,

        **Defendant.**

_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR PLAINTIFF, STEPHANIE NORMAN**

COMES NOW, Scott L. Terry, Esquire and Wolfgang M. Florin, Esquire, and the law firm of FLORIN GRAY BOUZAS OWENS, LLC, and moves this Court for an Order allowing them to Withdraw as Counsel of Record for Plaintiff, STEPHANIE NORMAN, and as grounds states as follows:

1. Undersigned counsel and Plaintiff have irreconcilable differences which require withdrawal.

2. In accordance with Local Rule 2.03, Counsel provided the Plaintiff and Opposing Counsel 10 days' notice of the intent to withdraw prior to filing this motion, and neither Plaintiff nor Defendant objects.

**WHEREFORE**, Scott L. Terry, Esquire and Wolfgang M. Florin, Esquire, and the law firm of FLORIN GRAY BOUZAS OWENS, LLC, respectfully requests that this Court enter an Order as follows:

1. Allowing the undersigned to withdraw as counsel of record for Plaintiff, STEPHANIE NORMAN;

2. Directing that all notices, pleadings and correspondence be mailed to the Plaintiff, STEPHANIE NORMAN at:

3690 West Gandy Boulevard
Unit 515
Tampa, FL  33611

3. Allowing Plaintiff forty-five (45) days from the date of this Order to obtain substitute counsel; and

4. Granting any further relief to which Plaintiff and Plaintiff's counsel are justly entitled.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of April, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the ePortal system and notice of electronic filing has been furnished via electronic mail to Stephanie Adler-Paindiris, Esquire and Justin S. Swartz, Esquire at the following email addresses:  stephanie.adler-paindiris@jacksonlewis.com and justin.swartz@jacksonlewis.com.  The foregoing has also been sent to Plaintiff Stephanie Norman via email: mbaservices12@gmail.com and via U.S. mail: 3690 W. Gandy Blvd., Unit 515, Tampa, FL 33611.

Respectfully submitted,

**FLORIN GRAY BOUZAS OWENS, LLC**

*/s/ Scott L. Terry*
**SCOTT L. TERRY, ESQUIRE**
Florida Bar No.: 77105
Primary:       scott@fgbolaw.com
Secondary:    gina@fgbolaw.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942