23 April 2020

United States District Court

Middle District of Florida

801 N. Florida Ave

Tampa, FL 33602

Dear Sir / Ma'am:

This letter pertains to requesting a long time extension to seek legal counseling for my case, listed below.

Case number: 8:19-cv-02430-WFJ-CPT

Norman v. H. Lee Moffitt Cancer Center and Research Institute, Inc.


Thank you,

*Stephanie Norman*
Stephanie Norman

813-495-5793

Email: mbaservices12@gmail.com

Address: 3690 W. Gandy Blvd #515
Tampa, FL. 33611