UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE NORMAN,

    Plaintiff,

v.                                        CASE NO. 8:19-cv-2430-WFJ-CPT

H. LEE MOFFITT CANCER
CENTER AND RESEARCH
INSTITUTE, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's construed motions to proceed on appeal *in forma pauperis* (Dkts. 70, 71). The magistrate judge issued a thorough and well-reasoned report recommending *in forma pauperis* status to proceed on appeal be denied (Dkt. 72). The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge found the Plaintiff is not indigent for purposes of appeal and the appeal is without arguable merit either in law or fact. Dkt. 72 at 2–3 (citing Fed. R. App. P. 24 and 28 U.S.C. § 1915). For all the reasons explained in the Report

and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 72) is confirmed, approved, and adopted in all respects and is hereby made a part of this Order.

2. Plaintiff's motions to proceed on appeal *in forma pauperis* (Dkts. 70, 71) are denied.

3. The Clerk is directed to notify the Court of Appeals of this ruling in accordance with Federal Rule of Appellate Procedure 24(a)(4).

**DONE AND ORDERED** in Tampa, Florida, on August 2, 2021.

*s/William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Plaintiff, *pro se* and Counsel of Record