UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE NORMAN,

    Plaintiff,

v.                                                      Case No. 8:19-cv-2430-WFJ-CPT

H. LEE MOFFITT CANCER CENTER
AND RESEARCH INSTITUTE, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's motion to proceed on appeal *in forma pauperis* (Dkt. 92). The magistrate judge issued a thorough and well-reasoned report recommending *in forma pauperis* status to proceed on appeal be denied (Dkt. 97). The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). For the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 97) is adopted, confirmed, and approved in all respects and is hereby made a part of this Order.

2. Plaintiff's motion to proceed on appeal *in forma pauperis* (Dkt. 92) is denied.

3. The Clerk is directed to notify the Court of Appeals of its ruling in accordance with Federal Rule of Appellate Procedure 24(a)(4).

**DONE AND ORDERED** in Tampa, Florida, on July 17, 2023.

*s/William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Plaintiff, *pro se*
Counsel of record